AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SPARKS, SAM | DISTRICT COURTS--Texas Western | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE ARTICLE III JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
200 West Eighth St., Suite 100
Austin, Texas 78701-2333

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Brigham Young University | February 17-18, 2011 | Dallas, Texas | Speech | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Condominium (20%) | | None | L | T | | | | | |
| 2. | | | | | | | | | | |
| 3. | CASH ACCOUNTS: | | | | | | | | | |
| 4. | American Bank of Commerce | A | Interest | M | T | | | | | |
| 5. | Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 6. | RBC Prime Money Market Fund (formerly Dain Rauscher account | C | Dividend | M | T | | | | | |
| 7. | Frost Bank | A | Interest | M | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | STOCKS: | | | | | | | | | |
| 10. | Occidental Petroleum | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | | |
| 12. | BONDS: | | | | | | | | | |
| 13. | Austin TX Community College | B | Interest | K | T | | | | | |
| 14. | Austin Tx GO | A | Interest | K | T | | | | | |
| 15. | Austin TX LTD GO | A | Interest | L | T | Buy | 9/8/11 | L | | Market |
| 16. | Barbers Hill TX GO | A | Interest | K | T | | | | | |
| 17. | Baytown Tx GO | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bexar Cnty Tx GO | A | Interest | K | T | | | | | |
| 19. Brazosport TX ISD | A | Interest | K | T | | | | | |
| 20. Canyon TX ISD GO | A | Interest | K | T | | | | | |
| 21. Cedar Hill TX ISD | A | Interest | J | T | | | | | |
| 22. Collin Co. TX GO | B | Interest | K | T | | | | | |
| 23. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 24. Comal TX ISD | A | Interest | | | Redeemed | 2/1/11 | J | A | Market |
| 25. Comal TX ISD | A | Interest | | | Redeemed | 2/16/11 | J | A | Market |
| 26. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 27. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 28. Cypress-Fairbanks TX ISD | A | Interest | K | T | | | | | |
| 29. Dallas Cnty Tx Comnty College | A | Interest | K | T | | | | | |
| 30. Dallas TX GO BDS 2007 | A | Interest | K | T | Buy | 01/31/11 | K | | Market |
| 31. Dallas TX GO | A | Interest | J | T | | | | | |
| 32. Dallas TX ISD | A | Interest | K | T | | | | | |
| 33. Dallas TX ISD | A | Interest | K | T | | | | | |
| 34. Dallas TX ISD | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Del Valle TX ISD | A | Interest | K | T | | | | | |
| 36. Del Valle TX ISD GO | A | Interest | | | Redeemed | 02/01/11 | J | A | Market |
| 37. Denton TX Util. Sys. | A | Interest | K | T | | | | | |
| 38. Duncanville TX ISD | A | Interest | K | T | | | | | |
| 39. Eagle Mtn. & Saginaw GO | A | Interest | K | T | | | | | |
| 40. El Paso TX Indpt GO | A | Interest | L | T | Buy | 02/02/11 | L | | Market |
| 41. El PasoTX GO | A | Interest | | | Redeemed | 08/15/11 | K | A | Market |
| 42. Ft. Worth TX ISD | A | Interest | K | T | | | | | |
| 43. Ft. Worth TX ISD GO | A | Interest | | | Redeemed | 02/15/11 | K | A | Market |
| 44. Frisco TX ISD GO | A | Interest | K | T | | | | | |
| 45. Galveston TX Wtrwks | A | Interest | K | T | | | | | |
| 46. Goose Creek TX Cons Indpt | A | Interest | K | T | | | | | |
| 47. Goose Creek TX Cons Indpt 2005 | A | Interest | L | T | Buy | 02/23/11 | L | | Market |
| 48. Harlandale TX ISD GO | A | Interest | | | Redeemed | 08/15/11 | J | A | Market |
| 49. Harris Cnty TX G/O RFDG | A | Interest | K | T | | | | | |
| 50. Hawkins TX ISD GO | A | Interest | K | T | | | | | |
| 51. Houston TX RFDG Pub Impt | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Humble TX ISD | A | Interest | K | T | | | | | |
| 53. Irving TX Wtr Wk Swr | A | Interest | K | T | | | | | |
| 54. La Joya TX ISD | A | Interest | J | T | | | | | |
| 55. Lampasas TX ISD | A | Interest | L | T | | | | | |
| 56. Lancaster TX ISD GO | A | Interest | K | T | | | | | |
| 57. La Vernia TX ISD | A | Interest | K | T | | | | | |
| 58. Leander TX ISD GO | A | Interest | | | Redeemed | 09/01/11 | K | A | Market |
| 59. Lindale TX ISD GO | A | Interest | J | T | | | | | |
| 60. Lower Colo. Riv. Auth. Tex. Rev. | A | Interest | L | T | | | | | |
| 61. Lubbock TX GO | A | Interest | K | T | | | | | |
| 62. Lufkin TX Wtrwks | A | Interest | J | T | | | | | |
| 63. McKinney TX ISD | A | Interest | K | T | | | | | |
| 64. Meridan TX ISD GO | A | Interest | J | T | | | | | |
| 65. New Braunfels TX ISD | A | Interest | K | T | | | | | |
| 66. New Braunfels TX Util Rev | A | Interest | K | T | | | | | |
| 67. New Caney TX ISD GO | A | Interest | K | T | | | | | |
| 68. North East ISD Tex | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northwest TX ISD GO | A | Interest | K | T | Buy | 09/08/11 | K | | Market |
| 70. North Forest ISD GO | A | Interest | | | Redeemed | 08/19/11 | J | A | Market |
| 71. Northwest TX ISD | A | Interest | J | T | | | | | |
| 72. Orange TX GO | A | Interest | | | Redeemed | 02/01/11 | K | A | Market |
| 73. Pearland TX ISD GO | A | Interest | K | T | | | | | |
| 74. Pearland ISD GO | A | Interest | K | T | Buy | 09/08/11 | K | | Market |
| 75. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 76. Plano TX GO | A | Interest | K | T | | | | | |
| 77. Plano TX GO BDS | A | Interest | L | T | | | | | |
| 78. Richardson TX ISD | A | Interest | J | T | | | | | |
| 79. Richardson TX GO | A | Interest | K | T | Buy | 01/31/11 | K | | Market |
| 80. Roma TX ISD G/O | A | Interest | K | T | | | | | |
| 81. Sam Rayburn TX Mun Pwr | A | Interest | | | Redeemed | 09/01/11 | J | A | Market |
| 82. San Angelo TX GO | A | Interest | K | T | | | | | |
| 83. San Antonio TX Rev | A | Interest | | | Redeemed | 02/01/11 | K | A | Market |
| 84. San Marcos TX GO PSF | A | Interest | | | Redeemed | 08/01/11 | K | A | Market |
| 85. Sealy TX ISD GO | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Seguin TX GO | B | Interest | K | T | | | | | |
| 87. | Sheldon TX ISD GO | A | Interest | J | T | | | | | |
| 88. | SOCORRO Tex ISD G/O | A | Interest | K | T | | | | | |
| 89. | Splendora TX ISD | A | Interest | K | T | | | | | |
| 90. | Texas St GO | A | Interest | | | Redeemed | 10/3/11 | K | A | Market |
| 91. | UT Austin Rev. | B | Interest | K | T | | | | | |
| 92. | Williamson Cnty TX Rd | A | Interest | K | T | | | | | |
| 93. | | | | | | | | | | |
| 94. | DAIN, RAUSCHER IRA: | | | | | | | | | |
| 95. | American Balance | E | Dividend | P1 | T | Buy (add'l) | 03/8/11 | K | | Market; See note in VIII. |
| 96. | Bristol Myers Squibb Co. | B | Dividend | K | T | | | | | |
| 97. | Chevron-Texaco Corp. | D | Dividend | N | T | | | | | |
| 98. | Exxon Mobil Corp | A | Dividend | J | T | Buy | 09/06/11 | J | | Market |
| 99. | Friede Goldman Halter | | None | J | T | | | | | |
| 100. | Genitope Corp. | | None | J | T | | | | | |
| 101. | Gov't Nat'l MTG Assn. II Pool | B | Interest | K | T | | | | | |
| 102. | Gov't Nat'l MTG Assn. II Pool | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gov't Nat'l MTG Assn. II Pool | C | Interest | | | Sold | 09/06/11 | M | B | Market |
| 104. Gov't Nat'l MTG Assn. II Pool | C | Interest | L | T | | | | | |
| 105. Gov't Nat'l MTG Assn. II Pool | B | Interest | L | T | | | | | |
| 106. Gov't Nat'l MTG Assn. II Pool | C | Interest | | | Sold | 10/03/11 | M | C | Market |
| 107. Gov't Nat'l MTG Assn. II Pool | D | Interest | M | T | | | | | |
| 108. Govt Natl MTG Assn II Pool #1 (Reassigned Pool | A | Interest | J | T | | | | | |
| 109. Govt Natl MTG Assn II Pool #2 (Reassigned Pool | A | Interest | J | T | | | | | |
| 110. Govt Natl MTG Assn II Pool #3 (Reassigned Pool | A | Interest | K | T | | | | | |
| 111. Govt Natl MTG Assn II Pool #4 (Reassigned Pool | A | Interest | K | T | | | | | |
| 112. Govt Natl MTG Assn II Pool #5 (Reassigned Pool | D | Interest | N | T | | | | | |
| 113. Govt Natl MTG Assn II Pool #6 (Reassigned Pool | C | Interest | M | T | | | | | |
| 114. Govt Natl Mtg Assn Pool # | D | Interest | M | T | | | | | |
| 115. Govt Natl Mrg Assn Pool # | C | Interest | K | T | | | | | |
| 116. Govt Natl Mtg Assn Pool | B | Interest | K | T | | | | | |
| 117. Halliburton | A | Dividend | K | T | | | | | |
| 118. ISHARES Trust Barclay Treasury Bonds | D | Interest | M | T | | | | | |
| 119. Johnson & Johnson | A | Dividend | J | T | Buy | 09/06/11 | J | | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Proctor & Gamble Co. | A | Dividend | J | T | Buy | 09/06/11 | J | | Market |
| 121. Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 09/06/11 | J | | Market |
| 122. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 123. Statoil ASA | A | Dividend | J | T | Buy | 9/6/11 | J | | Market |
| 124. Steris Corp. | B | Dividend | K | T | | | | | |
| 125. RBC Prime Money Market Fund-formerly Tamarack Investment FDS | A | Interest | L | T | | | | | |
| 126. | | | | | | | | | |
| 127. MISCELLANEOUS: | | | | | | | | | |
| 128. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 129. | | | | | | | | | |
| 130. ▭ SEPARATE PROPERTY | | | | | | | | | |
| 131. EDWARD JONES -- | | | | | | | | | |
| 132. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 133. Goldman Sachs Cap-A | | None | J | T | | | | | |
| 134. Growth Fund of Am. | A | Dividend | L | T | | | | | |
| 135. Pacific Life Fund | B | Dividend | L | T | Buy | 06/14/11 | L | | Market |
| 136. Tax Exempt Bond Fd of Am | E | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Van Kampen Comstock | | None | J | T | | | | | |
| 138. | | | | | | | | | |
| 139. BENIFICIARY-CB&T Trustee IRA of ▨ Dec'd ▨ | C | Distribution | M | T | | | | | |
| 140. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 141. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 142. Capital World Growth | A | Dividend | L | T | | | | | |
| 143. | | | | | | | | | |
| 144. IRA-EDWARD JONES CUSTODIAN | | | | | | | | | |
| 145. Hartford Cap. Appreciation CLA | D | Dividend | K | T | | | | | |
| 146. Hartford Global Leaders CLA | D | Dividend | K | T | | | | | |
| 147. Hartford Stock Fund CLA | D | Dividend | J | T | | | | | |
| 148. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | L | T | | | | | |
| 149. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 150. Property - Brewster Co, TX | | None | J | W | | | | | |
| 151. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 152. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 95. American Balance Fund Inc.: bought and reinvested quarterly (3-8-11, 6-8-11, 9-14-11, and 12-27-11).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SAM SPARKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544